# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARIA SUAREZ-TORRES

    Plaintiff

    vs.

EL TOSTON CARIBEÑO, INC, et al.,

    Defendant(s)

Civil Case No. 16-1944 (ADC)

## JUDGMENT

The Court, through the Honorable  Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order for Entry of Judgment on December 8, 2016.

Therefore, pursuant to the Court's Order,  Judgment is hereby entered  accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 22nd day of December, 2016.

FRANCES RIOS DE MORAN
Clerk of the Court

By: s/Sarah V. Ramón
    Sarah V. Ramón, Deputy Clerk